# EXHIBIT 1

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Ji Kwon, declare as to the claims asserted under the federal securities laws, as follows:

1) I have reviewed this Complaint and authorized its filing;
2) I did not purchase the securities that are the subject of this Complaint at the direction of Plaintiffs' counsel or in order to participate in this litigation;
3) I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary;
4) I conducted transactions in securities which are the subject of the Complaint during the Class Period specified therein in the following amounts:

| Period | Shares Transacted | Proceeds | Cost Basis | # of Trades |
| --- | --- | --- | --- | --- |
| 2017 | 20,646 | $417,015.36 | $435,632.83 | 497 |
| 2018 | 117,753 | $1,977,841.21 | $2,089,267.18 | 2,638 |
| 2019 (Jan - June) | 118,611 | $3,298,868.25 | $3,604,666.58 | 3,622 |
| Total | 257,010 | $5,693,724.82 | $6,129,566.59 | 6,757 |

5) During the three years prior to the date of this certification, I have not participated, nor have I sought to participate, as a representative in any class action suit in the United States District Courts under the federal securities laws;
6) I have not received, nor been promised or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this class action, except for: (i) such damages or other relief as the Court may award me as my *pro rata* share of any recovery or judgment; (ii) such reasonable fees, costs, or other payments as the Court expressly approves to be paid to or on behalf of me; or (iii) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenditures incurred directly in connection with the prosecution of this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this Fourth day of January, at Los Angeles, California.

By: _____
Ji Kwon