Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
Bradley K. King (SBN 274399)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
bking@ahdootwolfson.com

**LIDDLE & DUBIN, P.C**.
Nicholas A. Coulson (PHV forthcoming)
Matthew Z. Robb (PHV forthcoming)
975 E. Jefferson Ave.
Detroit, Michigan 48207
Tel: 313-392-0015
Fax: 313-392-0025
ncoulson@ldclassaction.com
mrobb@ldclassaction.com

*Attorneys for Plaintiff and the Putative Class*



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/7/2021

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JI KWON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, a Delaware LLC, and ROBINHOOD SECURITIES, LLC, a Delaware LLC,<br><br>Defendants. | Case No. 3:20-cv-9328-YGR<br><br>**PLAINTIFF JUSTIN WILLIAM LEMON'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Justin William Lemon hereby dismisses his claims in this action, in their entirety and without prejudice, against Defendants Robinhood Financial LLC ("Robinhood Financial") and Robinhood Securities, LLC ("Robinhood Securities"), with each party to bear its own fees, costs, and expenses.

Dated: January 5, 2021

Respectfully submitted,

**AHDOOT & WOLFSON, PC**

*/s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
Bradley K. King (SBN 274399)
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
bking@ahdootwolfson.com

**LIDDLE & DUBIN, P.C**.
Nicholas A. Coulson (PHV forthcoming)
Matthew Z. Robb (PHV forthcoming)
975 E. Jefferson Ave.
Detroit, Michigan 48207
Tel: 313-392-0015
Fax: 313-392-0025
ncoulson@ldclassaction.com
mrobb@ldclassaction.com

*Attorneys for Plaintiff and the Putative Class*