1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Eric Monek Anderson (State Bar No. 320934)
   emonekanderson@fbm.com
3  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Maeve O'Connor *(Pending Pro Hac Vice)*
   mloconnor@debevoise.com
7  Elliot Greenfield *(Pending Pro Hac Vice)*
   egreenfield@debevoise.com
8  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
9  New York, New York 10022
   Telephone: (212) 909-6000
10 Facsimile: (212) 909-6836

11 Attorneys for Defendants
   ROBINHOOD FINANCIAL LLC;
12 ROBINHOOD MARKETS, INC.;
   ROBINHOOD SECURITIES, LLC

13

                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                          OAKLAND DIVISION
16

17

18 | JI KWON, individually and on behalf of all    | Case No. 4:20-cv-9328-YGR
      others similarly situated,
19
                           Plaintiff,
20                                                   | **STATEMENT OF NONOPPOSITION**

21        v.
                                                     | The Hon. Yvonne Gonzalez Rogers
22 ROBINHOOD FINANCIAL LLC, and
23 ROBINHOOD SECURITIES, LLC,                        | Date:        April 13, 2021
                                                       Time:        2:00 p.m.
24                          Defendants.                Courtroom:   Room 1, 1301 Clay Street,
                                                                    4th Floor, Oakland CA
25                                                                  94612

26

27

28

---

STATEMENT OF NONOPPOSITION
Case No. 4:20-CV-9238-YGR

| | |
|---|---|
| 1  EDWARD LUPARELLO, individually and on behalf of all others similarly situated, | Case No. 4:20-cv-9328-YGR |
| 2 | Filed January 15, 2021 |
| 3  Plaintiff, | |
| 4  v. | |
| 5  ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and | |
| 6  ROBINHOOD MARKETS, INC. | |
| 7  Defendants. | |
| 8  SARKHAN NABI, individually and on behalf of all others similarly situated, | Case No. 4:21-cv-00755-YGR |
| 9 | Filed January 29, 2021 |
| 10  Plaintiff, | |
| 11  v. | |
| 12  ROBINHOOD FINANCIAL LLC, a Delaware LLC, and ROBINHOOD | |
| 13  SECURITIES, LLC, a Delaware LLC, | |
| 14  Defendants. | |
| 15  ROBEL GHEBREHIWET, on behalf of himself and all others similarly situated, | Case No. 3:21-cv-01739-JSC (N.D. Cal.) |
| 16 | Filed February 4, 2021 |
| 17  Plaintiff, | |
| 18  v. | |
| 19  ROBINHOOD FINANCIAL LLC, a Delaware corporation, ROBINHOOD | |
| 20  SECURITIES, LLC, a Delaware corporation, and ROBINHOOD MARKETS, INC., a | |
| 21  Delaware corporation, | |
| 22  Defendants. | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STATEMENT OF NONOPPOSITION
Case No. 4:20-CV-9238-YGR

1    Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood

2  Markets, Inc.[1], ("Defendants") hereby submit this Statement of Nonopposition to the (1) Motion to

3  Consolidate the above-captioned actions[2] (the "Robinhood Actions"); (2) Motion to Appoint Lead

4  Plaintiff; and (3) Motion to Appoint Lead Counsel, (collectively, the "Motions") filed by Plaintiff

5  Ji Kwon ("Kwon") (Dkt. 30).

6        1.   *Motion to Consolidate.*   Defendants do not oppose Kwon's motion to consolidate

7  the Robinhood Actions pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.  This

8  nonopposition is not an admission that class certification of the Robinhood Actions is appropriate

9  or that the factual or legal assertions in the complaints or the motion are true.  Defendants reserve

10  all rights and do not waive any arguments otherwise available to them.

11        2.   *Motion to Appoint Lead Plaintiff.*  Defendants take no position on the motion to

12  appoint Kwon as lead plaintiff in the Robinhood Actions.

13        3.   *Motion to Appoint Lead Counsel.*   Defendants take no position on the motion to

14  appoint Ahdoot & Wolfson, PC, Bursor & Fisher, P.A., and Liddle & Dubin, P.C. as lead counsel

15  for plaintiffs in the Robinhood Actions.

16

17

18

19

20

21

22

23

24

---

[1] Robinhood Markets, Inc., is a named defendant in *Luparello vs. Robinhood*, *et al.*, No. 4:21-cv-
25  00415-YGR (N.D. Cal.) (filed Jan. 15, 2021) and *Ghebrehiwet vs. Robinhood, et al*, No. 3:21-cv-
01739-JSC (N.D. Cal.) (filed Feb. 4, 2021), only.
26

27  [2] Since the filing of the Motions, *Ghebrehiwet vs. Robinhood, et al*, No. 3:21-cv-01739-JSC (N.D.
Cal.) (filed Feb. 4, 2021) was transferred from the Southern District of California on March 11,
28  2021 pursuant to 28 U.S.C. § 1404.

1

STATEMENT OF NONOPPOSITION
Case No. 4:20-CV-9238-YGR

1

Dated:  March 22, 2021

FARELLA BRAUN + MARTEL LLP

2

3

By:  _C. Brandon Wisoff_____

4

C. Brandon Wisoff

5

Eric Monek Anderson
235 Montgomery Street, 17th Floor
San Francisco, California 94104

6

Telephone: (415) 954-4400

7

Facsimile: (415) 954-4480
Email:    bwisoff@fbm.com

8

emonekanderson@fbm.com

9

10

DEBEVOISE & PLIMPTON LLP
Maeve O'Connor
Elliot Greenfield

11

919 Third Avenue

12

New York, New York  10022
Telephone: (212) 909-6000

13

Facsimile: (212) 909-6836
Email:    mloconnor@debevoise.com

14

egreenfield@debevoise.com

15

16

**Attorneys for Defendants
ROBINHOOD FINANCIAL LLC; ROBINHOOD
MARKETS, INC.; ROBINHOOD SECURITIES,
LLC**

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF NONOPPOSITION
Case No. 4:20-CV-9238-YGR