1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (CA 241858)
ROBERT K. SHELQUIST
KAREN H. RIEBEL
STEPHEN M. OWEN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
          rapeterson@locklaw.com
          khriebel@locklaw.com
          smowen@locklaw.com
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JI KWON, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 20-cv-09328-YGR |
| Plaintiff, | ) **PLAINTIFF GHEBREHIWET'S** |
| v. | ) **RESPONSE TO JI KWON MOTION** ) **FOR CONSOLIDATION OF ACTIONS;** |
| ROBINHOOD FINANCIAL LLC, and ROBINHOOD SECURITIES, LLC, | ) **APPOINTMENT AS LEAD PLAINTIFF;** ) **AND APPROVAL OF LEAD COUNSEL** |
| Defendant. | ) Hon. Yvonne Gonzalez Rogers |

Courtroom    Room 1, 1301 Clay Street,
                   4th Floor, Oakland, CA
Date:           April 13, 2021
Time:           2:00 p.m.

1    Plaintiff Robel Ghebrehiwet ("Plaintiff") respectfully submits this Memorandum of Points

2  and Authorities in Response to Plaintiff Ji Kwon's Motion for Consolidation of Actions;

3  Appointment as Lead Plaintiff; and Approval of Lead Counsel ("Motion").  First, although not yet

4  transferred from the Southern District of California, Plaintiff's action (entitled *Robel Ghebrehiwet,*

5  *et al. v. Robinhood Financial LLC, et al.*, Court File 21-cv-01739 (N.D. Calif.) and Court File 21-

6  cv-00214-AJB-AGS (S.D. Calif.)), the Motion properly noted that following transfer it would be

7  appropriate to consolidate. The Motion also included Plaintiff's action in the proposed

8  consolidated caption.

9    As Plaintiff's case is now transferred, Plaintiff formally joins in that request of

10 consolidation of his case with the other actions pending before this Court.

11   Second, Plaintiff also joins in the Motion's requested relief of appointing Ji Kwon as lead

12 plaintiff and appointing Ahdoot & Wolfson, PC; Bursor & Fisher, P.A., and Liddle & Dubin P.C.

13 as Lead Counsel.

14

15

16  DATED:  March 23, 2021          Respectfully submitted,

17                      **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

18                      s/ Rebecca A. Peterson
                        Robert K. Shelquist
19                      Karen H. Riebel
                        Rebecca A. Peterson, CA #241858
20                      Stephen M. Owen
                        100 Washington Avenue South, Suite 2200
21                      Minneapolis, MN 55401
                        Telephone:    (612) 339-6900
22                      Facsimile:    (612) 339-0981
                        rkshelquist@locklaw.com
23                      khriebel@locklaw.com
                        rapeterson@locklaw.com
24                      smowen@locklaw.com
25

26                      **Attorneys for Plaintiff Robel Ghebrehiwet**

27
PLAINTIFF GHEBREHIWET'S RESPONSE TO JI KWON
28 MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT
   AS LEAD PLAINTIFF; AND APPROVAL OF LEAD COUNSEL
   CASE NO. 20-CV-09328-YGR                                    Page 2

1

2

**CERTIFICATE OF SERVICE**

3

      I hereby certify that on March 23, 2021, I electronically filed the foregoing with the Clerk

4

of Court using the CM/ECF system which will send notification of such filing to the e-mail

5

addresses denoted on the Electronic Mail Notice List.

6

      I declare under penalty of perjury that the foregoing is true and correct.

7

8

                                    By:  s/  Rebecca A. Peterson

9

                                         REBECCA A. PETERSON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF GHEBREHIWET'S RESPONSE TO JI KWON
MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF; AND APPROVAL OF LEAD COUNSEL
CASE NO. 20-CV-09328-YGR                                        Page 3

3