| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 07/2021) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Greg Valentine | 2a. CONTACT PHONE NUMBER<br>(213) 434-3049 | 3. CONTACT EMAIL ADDRESS<br>gregory.valentine@tr.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Thomson Reuters Court Express<br>800 Corporate Point<br>Culver City, CA 90230 | 5. CASE NAME<br>In Re: Robinhood Order Flow Litigation | 6. CASE NUMBER<br>4:20-CV-09328 |
|---|---|---|
| 7. COURT REPORTER NAME (or enter "RECORDED" and start/stop times)<br>Reynee Mercado | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 02/15/2022 | YGR | Hrg | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

| 11. SIGNATURE<br>/s/ Greg Valentine | 12. DATE<br>02/23/2022 |
|---|---|

[ Clear Form ]   [ Save as new PDF ]