

**KAREN P. KIMMEY**
kkimmey@fbm.com
D (415) 954-4407

July 6, 2022

<u>*Via ECF*</u>

The Honorable Yvonne Gonzalez Rogers
United States District Court
Northern District of California
1301 Clay Street, Courtroom 1, 4th Floor
Oakland, CA 94612

The Honorable Donna M. Ryu
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4, 3rd Floor
Oakland, CA 94612

      Re:    In re Robinhood Order Flow Litigation, Master File No. 4:20-cv-09328-YGR (the "Consolidated Action"); Notice re: Newly Transferred *Alers v. Robinhood Financial, LLC et al.*, Case No. 4:22-cv-03916-DMR (the "*Alers* Action")

Dear Judge Gonzalez Rogers and Judge Ryu:

      The Court's April 12, 2021 order in the Consolidated Action (Dkt. No. 55, the "Consolidation Order") directed that if a "case that arises out of the subject matter of the [Consolidated Action] is . . . transferred from another Court," the Court should be advised of the transfer so that the Clerk of Court may act to consolidate the transferred action with the Consolidated Action. A copy of the Consolidation Order is attached to this letter as Exhibit A.

      The recently-transferred *Alers* Action "arises out of the subject matter" of the Consolidated Action, and should therefore be related and consolidated with that case. The United States District Court for the Southern District of Florida ordered the case transferred to this District pursuant to the "first-filed rule," finding that "the chronology of the two actions, the similarity of the parties, and the similarity of the issues all warrant applying the first-filed rule." *Alers* Order on Motion to Transfer or Dismiss at 3. A copy of the *Alers* Order on Motion to Transfer or Dismiss is attached to this letter as Exhibit B.

      Pursuant to the Consolidation Order, the *Alers* Action should be consolidated with the Consolidated Action. Counsel for Defendants are serving a copy of the Consolidation Order on

Judge Yvonne Gonzalez Rogers and Judge Donna M. Ryu
July 6, 2022
Page 2



counsel for Mr. Alers by electronically filing this letter and accompanying exhibits in the *Alers* Action and by email and FedEx.

Respectfully submitted,

DATED:  July 6, 2022

FARELLA BRAUN + MARTEL LLP


By  */s/ Karen P. Kimmey*
   Karen P. Kimmey

Karen P. Kimmey (State Bar No. 173284)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
kkimmey@fbm.com

*Attorneys for Defendants Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC*

39849\14908834.1